# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br> 425 Third Street, SW, Suite 800 <br> Washington, D.C. 20024, <br><br> Plaintiff, <br><br> v. <br><br> U.S. SECRET SERVICE, <br> 245 Murray Drive, Building 410 <br> Washington, DC 20223 <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## COMPLAINT

Plaintiff Judicial Watch, Inc. brings this action against Defendant United States Secret Service to compel compliance with the Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"). As grounds therefor, Plaintiff alleges as follows:

## JURISDICTION AND VENUE

1. The Court has jurisdiction over this action pursuant to 5 U.S.C. § 552 (a)(4)(B) and 28 U.S.C. § 1331.

2. Venue is proper in this district pursuant to 28 U.S.C. § 1391(e).

## PARTIES

3. Plaintiff Judicial Watch, Inc. is a not-for-profit, educational foundation organized under the laws of the District of Columbia and having its principal place of business at 425 Third Street, S.W., Suite 800, Washington, DC 20024. Plaintiff seeks to promote integrity, transparency, and accountability in government and fidelity to the rule of law. In furtherance of

its public interest mission, Judicial Watch regularly requests access to public records of federal, state, and local government agencies and officials and disseminates its findings to the public.

4. Defendant United States Secret Service ("USSS") is an agency of the United States Government and is headquartered at 245 Murray Drive, Building 410, Washington, DC 20223. Defendant has possession, custody, and control of records to which Plaintiff seeks access.

## STATEMENT OF FACTS

### June 19, 2013 Request

5. On June 19, 2013, Plaintiff sent a FOIA request to the USSS seeking access to records concerning the use of U.S. Government funds to provide security and other services to First Lady Michelle Obama, Malia Obama, Sasha Obama, and any companions on a June 2013 trip to Ireland.

6. By letter dated July 17, 2013, the USSS acknowledged receipt of Plaintiff's request on July 8, 2013 and assigned the request File Number 20130859.

7. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), the USSS was required to respond to Plaintiff's request within twenty (20) working days of July 8, 2013, or by August 5, 2013.

### July 3, 2013 Request

8. On July 3, 2013, Plaintiff sent a FOIA request to the USSS seeking access to records concerning the use of U.S. Government funds to provide security and other services to President Barack Obama and any companions on a June-July 2013 trip to Africa.

9. By letter dated July 17, 2013, the USSS acknowledged receipt of Plaintiff's request on July 3, 2013 and assigned the request File Number 20130823.

10. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), the USSS was required to respond to Plaintiff's request within twenty (20) working days of July 3, 2013, or by August 1, 2013.

### July 31, 2013 Request

11. On July 31, 2013, Plaintiff sent a FOIA request to the USSS seeking access to records concerning the use of U.S. Government funds to provide security and other services to First Lady Michelle Obama and any companions on a Summer 2012 trip to London, England for the Olympics.

12. By letter dated August 30, 2013, the USSS acknowledged receipt of Plaintiff's request on August 12, 2013 and assigned the request File Number 20131297.

13. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), the USSS was required to respond to Plaintiff's request within twenty (20) working days of August 12, 2013, or by September 10, 2013.

### August 8, 2013 Request

14. On August 8, 2013, Plaintiff sent a FOIA request to the USSS seeking access to records concerning the use of U.S. Government funds to provide security and other services to President Barack Obama and any companions on a December 2012 trip to Honolulu, Hawaii.

15. By letter dated September 18, 2013, the USSS acknowledged receipt of Plaintiff's request on August 27, 2013 and assigned the request File Number 20131390.

16. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), the USSS was required to respond to Plaintiff's request within twenty (20) working days of August 27, 2013, or by September 25, 2013.

### August 9, 2013 Request

17. On August 9, 2013, Plaintiff sent a FOIA request to the USSS seeking access to records concerning the use of U.S. Government funds to provide security and other services to President Barack Obama and any companions on an August 2013 trip to California.

18. By letter dated September 17, 2013, the USSS acknowledged receipt of Plaintiff's request on August 20, 2013 and assigned the request File Number 20131346.

19. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), the USSS was required to respond to Plaintiff's request within twenty (20) working days of August 20, 2013, or by September 18, 2013.

### August 19, 2013 Request

20. On August 19, 2013, Plaintiff sent a FOIA request to the USSS seeking access to records concerning the use of U.S. Government funds to provide security and other services to President Barack Obama and any companions on an August 2013 trip to Martha's Vineyard, Massachusetts.

21. By letter dated September 18, 2013, the USSS acknowledged receipt of Plaintiff's request on September 6, 2013 and assigned the request File Number 20131414.

22. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), the USSS was required to respond to Plaintiff's request within twenty (20) working days of September 6, 2013, or by October 4, 2013.

23. As of the date of this Complaint, the USSS has failed to produce any records responsive to Plaintiff's requests or demonstrate that responsive records are exempt from production. Nor have they indicated whether or when any responsive records will be produced.

24.  Because Defendant has failed to comply with the time limit set forth in 5 U.S.C. § 552(a)(6)(A)(i), Plaintiff is deemed to have exhausted any and all administrative remedies with respect to its requests.  5 U.S.C. § 552(a)(6)(C).

## COUNT 1
### (Violation of FOIA, 5 U.S.C. § 552)

25.  Plaintiff realleges paragraphs 1 through 24 as if fully stated herein.

26.  Defendant is unlawfully withholding records requested by Plaintiff pursuant to 5 U.S.C. § 552.

27.  Plaintiff is being irreparably harmed by reason of Defendant's unlawful withholding of requested records, and Plaintiff will continue to be irreparably harmed unless Defendant is compelled to conform its conduct to the requirements of the law.

WHEREFORE, Plaintiff respectfully requests that the Court: (1) order Defendant to conduct a search for any and all responsive records to Plaintiff's FOIA requests and demonstrate that it employed search methods reasonably likely to lead to the discovery of records responsive to Plaintiff's FOIA requests; (2) order Defendant to produce, by a date certain, any and all non-exempt records responsive to Plaintiff's FOIA requests and a *Vaughn* index of any responsive records withheld under claim of exemption; (3) enjoin Defendant from continuing to withhold any and all non-exempt records responsive to Plaintiff's FOIA requests; (4) grant Plaintiff an award of attorneys' fees and other litigation costs reasonably incurred in this action pursuant to 5 U.S.C. § 552(a)(4)(E); and (5) grant Plaintiff such other relief as the Court deems just and proper.

Dated: January 13, 2013

Respectfully Submitted,

/s/ Paul J. Orfanedes
D.C. Bar No. 429716
JUDICIAL WATCH, INC.
425 Third Street, SW, Suite 800
Washington, DC 20024
(202) 646-5172

*Attorneys for Plaintiff*