**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| JUDICIAL WATCH, INC., ) | |
| ) | |
| Plaintiff, ) | Civil Action No. 14-0046 (TSC) |
| ) | |
| v. ) | |
| ) | |
| U.S. SECRET SERVICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Judicial Watch, Inc., and Defendant United States Secret Service hereby stipulate to the dismissal of this action, with prejudice, and with each side bearing its own fees and costs.

Date: July 29, 2014.                                      Respectfully submitted,

JUDICIAL WATCH, INC.                           STUART F. DELERY
                                                                      Assistant Attorney General

/s/ Jason B. Aldrich
D.C. Bar No. 495488                                  ELIZABETH J. SHAPIRO
Suite 800                                                       Assistant Branch Director
425 Third Street, SW.
Washington, DC 20024                              /s/ Paul A. Dean
Tel: (202) 646-5172                                    U.S. DEPARTMENT OF JUSTICE
Fax: (202) 646-5199                                   Federal Programs Branch
                                                                      20 Massachusetts Avenue, NW
                                                                      Room 5134
**Counsel for Plaintiff**                             Washington, DC 20044
                                                                      (202) 514-1280
                                                                      Email: paul.dean@usdoj.gov

                                                                      **Counsel for Defendant**